IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARRELL LONGSTON                                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-4071

SHERIFF JACKIE RUNION, *et al.*                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 7, 2018, by the Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that all official capacity claims be dismissed without prejudice. Judge Bryant further recommends that all individual capacity claims against Defendants Runion, Walker, Adams, Griffen, Miller, and Hanning be dismissed without prejudice. Judge Bryant also recommends that the individual capacity claim regarding jail conditions against Defendant King be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Plaintiff's official capacity claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against Defendants Runion, Walker, Adams, Griffen, Miller, and Hanning are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claim regarding jail conditions against Defendant King is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual claim against Defendant King regarding denial of medical care remains.

**IT IS SO ORDERED**, this 27th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge