IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARRELL LONGSTON                                                                    PLAINTIFF

v.                              Civil No. 4:18-cv-4071

NURSE KING                                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 9, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge